IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KIMBERLY A. WHEELER,

       Plaintiff,

      vs.

MIAMI VALLEY CAREER
TECHNOLOGY CENTER,

       Defendant.

      :

      :

      :      Case No. 3:20cv141

      :

      :      JUDGE WALTER H. RICE

---

OPINION SUSTAINING DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT (DOC. #23); JUDGMENT TO ULTIMATELY ENTER IN
FAVOR OF DEFENDANT AND AGAINST PLAINTIFF; THIS OPINION IS
NOT A FINAL JUDGMENT ENTRY

---

Based upon reasoning and citations of authority to be set forth in an expanded

Opinion/Decision and Entry, to be filed not later than the close of business on Wednesday,

March 9, 2022, the Motion of the Defendant for Summary Judgment (Doc. #23) is SUSTAINED

and Judgment will ultimately be entered in favor of Defendant and against Plaintiff.

This Opinion is NOT a final, appealable Order.

This Court regrets the delay in the filing of this Decision.

March 3, 2022

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record